UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, M.D.,<br><br>      *Plaintiff*,<br><br>v.<br><br>STEVEN L. LIEBERMAN, *et al.*,<br><br>      *Defendants*. | Civil Action No. 20-2148 (CRC) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's Scheduling Order dated September 17, 2020, Plaintiff Jane Doe, M.D., and Defendants Steven L. Lieberman, Acting Principal Under Secretary for Health, the Department of Veterans Affairs' ("VA") Disciplinary Appeals Board, and the Eastern Colorado Healthcare System (hereafter the "parties"), respectfully file this status report proposing further proceedings in this matter. The parties hereby state as follows:

  1. Plaintiff's complaint presents a challenge under the Administrative Procedure Act, 5 U.S.C. §§701-06, and under 38 U.S.C. § 7462(f)(1), to administrative actions by Defendants to, among other things, suspend her clinical privileges, terminate her, and report her to the National Practitioner Data Bank ("NPDB"). *See* Compl. ¶5.

  2. On August 17, 2020, Plaintiff filed a motion for a temporary restraining order and preliminary injunction seeking an Order from this Court preventing Defendants from reporting Plaintiff to the NPDB. *See* ECF No. 5. As noted in the parties' last status report, *see* ECF No. 14, Defendants have agreed to voluntarily refrain from reporting Plaintiff to the NPDB until the Court decides the merits of the parties' summary judgment motions or otherwise dismisses

Plaintiff's complaint. Accordingly, Plaintiff has withdrawn her motion for preliminary injunctive relief, *see* ECF No. 15.

    3.    Pursuant to the Court's Order dated September 17, 2020, the parties have conferred regarding a proposal for further proceedings. The parties agree that this matter can be, and should be, resolved on cross-motions for summary judgment based on Defendant's Certified Administrative Record. Further, Plaintiff has also informed Defendants that she intends to amend her complaint in this matter. Accordingly, the parties respectfully propose the following agreed-upon schedule:

- Plaintiff's Amended Complaint: November 9, 2020
- Defendants' Response to the Amended Complaint: November 23, 2020.
- Certified Index of the Administrative Record: November 23, 2020.
- Plaintiff's Motion for Summary Judgment: December 21, 2020.
- Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion: January 21, 2021
- Plaintiff's Opposition to Defendant's Cross-Motion and Reply: February 22, 2021.
- Defendants' Reply: March 22, 2021.
- Joint Appendix (per LCvR 7(n)): April 5, 2021.

A proposed order is attached.

*   *   *

Dated October 1, 2020                    Respectfully submitted,

*/s/ David Lawrence Sher*
David Lawrence Sher
Hoyer Law Group, PLLC
1300 I Street N.W. Suite 400e
Washington, DC 20005
Phone: (202) 975-4995
Facsimile: (813) 375-3710
Email: Dave@hoyerlawgroup.com

*[s] T.P. McMahon*
Thomas P. McMahon
Jones & Keller, P.C.
1999 Broadway, Ste. 3150
Denver, CO 80202
Tel. (303) 573-1600
Dir. (303) 785-1617
Fax (303) 573-8133
tmcmahon@joneskeller.com

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/   Christopher C. Hair
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, M.D.,<br><br>                    *Plaintiff*,<br><br>v.<br><br>STEVEN L. LIEBERMAN, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 20-2148 (CRC) |

# **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report and proposed schedule, it is hereby

**ORDERED** that the following schedule shall govern further proceedings in this matter:

- Plaintiff's amended complaint is due November 9, 2020;

- Defendants' response to the amended complaint and certified index of the administrative record are due November 23, 2020;

- Plaintiff's Motion for Summary Judgment is due December 21, 2020;

- Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion are due January 21, 2021;

- Plaintiff's Opposition to Defendant's Cross-Motion and Reply are due February 22, 2021;

- Defendants' Reply is due March 22, 2021; and

- The Parties' Joint Appendix pursuant to Local Civil Rule 7(n) is due April 5, 2021.

Dated: _____                                    _____
                                                                                      United States District Judge