UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, M.D.,

               *Plaintiff*,

v.

STEVEN L. LIEBERMAN,
Acting Principal Under Secretary for Health,
Department of Veterans Affairs, *et al.*,

               *Defendants*.

Civil Action No. 20-2148 (CRC)

**DEFENDANTS' REVISED CERTIFIED INDEX OF THE
CONTENTS OF THE ADMINSTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), Defendants submit the attached certified index of the contents of the administrative record in this case, as revised after consultation with Plaintiff. Defendants have produced to Plaintiff copies of the revised administrative record. Attached is the certified index

Dated: January 20, 2021          Respectfully submitted,

                                      MICHAEL R. SHERWIN
                                      Acting United States Attorney

                                      BRIAN P. HUDAK
                                      Acting Chief, Civil Division

                By:   /s/   *Christopher C. Hair*
                        CHRISTOPHER C. HAIR, PA Bar No. 306656
                        Assistant United States Attorney
                        555 Fourth Street, N.W.
                        Washington, D.C. 20530
                        (202) 252-2541
                        christopher.hair@usdoj.gov

                        *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, M.D., <br><br> *Plaintiff,* <br><br> v. <br><br> Steven Lieberman, Acting Principal Under Secretary for Health, Department of Veterans Affairs, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-2148 (CRC) |

**CERTIFIED INDEX TO ADMINISTRATIVE RECORD**

| Exhibit No. | Description | Bates |
|---|---|---|
| 1 | DAB Evidence File | 000001 |
| | PART A | 000002 |
| 1.a. | Table of Contents | 000003 |
| 1.b. | Tab 1 - DAB Appointment Letter | 000004 |
| 1.c. | Tab 2 - Plaintiff's Request for DAB Hearing | 000006 |
| 1.d. | Tab 3 - Plaintiff's Designation of Representative | 000084 |
| 1.e. | Tab 4 - Decision on Proposed Removal | 000086 |
| 1.f. | Tab 5 - Notice of Proposed Removal | 000090 |
| | PART B | 000095 |
| 1.g. | Table of Contents | 000096 |
| 1.h. | Tab 1 - Standard Form 50 Documenting Removal | 000098 |
| 1.i. | Tab 2 - Final Decision of Removal | 000100 |
| 1.j. | Tab 3 - Oral Reply Notes | 000122 |


| | | |
|---|---|---|
| 1.k. | Tab 4 - Plaintiff's Written Reply to Proposed Removal | 000124 |
| 1.l. | Tab 5 - Notice of Proposed Removal and Revocation of Privileges | 000174 |
| 1.m. | Tab 6 - Title 38 Aggravating and Mitigating Factors | 000179 |
| 1.n. | Tab 7 - Professional Standards Counsel Meeting Minutes | 000184 |
| 1.o. | Tab 8 - HRML 05-17-07 | 000194 |
| 1.p. | Tab 9 - HRML 05-17-08 | 000200 |
| 1.q. | Tab 10 - Appellant's Fact-Finding Statement | 000206 |
| 1.r. | Tab 11 - Specification 8, Complaint from University of Colorado | 000228 |
| 1.s. | Tab 12 - Evidence Relating to Specification 1 | 000236 |
| 1.t. | Tab 13 -Evidence Relating to Specification 2 | 000248 |
| 1.u. | Tab 14 - Evidence Relating to Specification 3 | 000265 |
| 1.v. | Tab 15 - Evidence Relating to Specification 4 | 000277 |
| 1.w. | Tab 16 - Evidence Relating to Specification 5 | 000296 |
| 1.x. | Tab 17 - Evidence Relating to Specification 6 | 000306 |
| 1.y. | Tab 18 - Evidence Relating to Specification 7 | 000317 |
| 1.z. | Tab 19 - Statement Regarding Similar Instance of Misconduct | 000338 |
| 1.aa. | Tab 20 - Statement Regarding Similar Instance of Misconduct | 000341 |
| 1.bb. | Tab 21 - Statement Regarding Similar Instance of Misconduct | 000343 |
| 1.cc. | Tab 22 - Statement Regarding Similar Instance of Misconduct | 000346 |
| 1.dd. | Tab 23 - Statement Regarding Similar Instance of Misconduct | 000350 |
| 2 | DAB Correspondence | 000359 |
| 2.a. | 19-01-10 - Agency Response to Email from Opposing Counsel re Stay Request | 000360 |
| 2.b. | 19-01-10 - Email from Opposing Counsel re Stay Request | 000364 |
| 2.c. | 19-10-07 - Email from Appellant with Motion to Dismiss Specification | 000368 |

|      | 8                                                                                              |        |
|------|------------------------------------------------------------------------------------------------|--------|
| 2.d. | 19-10-07 - Email from Board Chair with Notices                                                 | 000371 |
| 2.e. | 19-10-09 - Email with Appellant's Proposed Witness List                                        | 000377 |
| 2.f. | 19-10-14 - Email, Notice of Withdrawal of Counsel - Muther                                     | 000381 |
| 2.g. | 19-10-15 - Email from Appellant with Objection to Agency Witnesses                             | 000383 |
| 2.h. | 19-10-15 - Email from Appellant with Revised Designation of Representative                     | 000384 |
| 2.i. | 19-10-21 - Email from Board Chair re Logistics                                                 | 000385 |
| 2.j. | 19-10-22 - Email from Opposing Counsel with Notice of Withdrawal                               | 000392 |
| 2.k. | 19-10-23 - Email to Board with Agency's Opposition to Appellant's Motion to Dismiss            | 000397 |
| 2.l. | 19-10-25 - Email from Board re Permitting 6 Agency Character Witnesses                         | 000400 |
| 2.m. | 19-10-25 - Email with Agency's Response to Appellant's Objection to Agency Witnesses           | 000403 |
| 2.n. | 19-10-25 - Email, Agency to Board, re Will Submit Revised Witness List                         | 000407 |
| 2.o. | 19-10-25 - Emails re Appellant Email to her Attorney                                           | 000411 |
| 2.p. | 19-10-28 - Board Response re 6 Agency Character Witnesses                                      | 000415 |
| 2.q. | 19-11-01 - Email with Agency's First Amended Witness List                                      | 000420 |
| 2.r. | 19-11-01 - Response from Board re Settlement Status                                            | 000425 |
| 2.s. | 19-11-06 - Email to Board with Agency's 2nd Amended Witness List                               | 000427 |
| 2.t. | 19-11-06 - Email to Board with Agency's Response to Appellant's Objections to Agency Witnesses | 000433 |
| 2.u. | 19-11-06 - Email to Board with Appellant's Amended Witness List and Objections to Agency's Witness List | 000435 |
| 2.v. | 19-11-07 - Email from Appellant with Reply re Objections to Agency's Witnesses                 | 000436 |

| 2.w. | 19-11-14 - Email to Opposing Counsel re Witness Order | 000437 |
|---|---|---|
| 2.x. | 19-11-20 - Email to Opposing Counsel re Updated Witness Order | 000439 |
| 2.y. | 19-11-20 - Emails with Board re Order and Agency's Rebuttal | 000443 |
| 2.z. | 19-11-24 - Email, Appellant to Board, with Appellant's Amended Witness List | 000448 |
| 2.aa. | 19-11-29 - Email to Board with Agency's Witness List and Exhibits | 000449 |
| 3 | DAB Pleadings | 000451 |
| 3.a. | 18-10-26 - Agency's Notice of Proposed Witnesses | 000452 |
| 3.b. | 19-01-11 - Order Granting Continuance | 000455 |
| 3.c. | 19-05-31 - Agency Response re Motion for Continuance | 000456 |
| 3.d. | 19-05-31 – Appellant's Request for Continuance, Attachment | 000461 |
| 3.e. | 19-05-31 – Appellant's Request for Continuance | 000467 |
| 3.f. | 19-06-25 - Certificate of Service | 000471 |
| 3.g. | 19-06-25 - Email with Order Granting Final Extension | 000472 |
| 3.h. | 19-06-25 - Notice to Agency of DAB Hearing Date and Deadlines | 000473 |
| 3.i. | 19-06-25 - Notice to Appellant of DAB Hearing Date and Deadlines | 000476 |
| 3.j. | 19-10-07 – Appellant's Motion to Dismiss Charge 1, Specification 8 | 000479 |
| 3.k. | 19-10-09 – Agency's Notice of Proposed Witnesses | 000490 |
| 3.l. | 19-10-09 - Appellant's Notice of Proposed Witnesses | 000498 |
| 3.m. | 19-10-10 - Notice of Withdrawal of Counsel, Pines Law Firm | 000500 |
| 3.n. | 19-10-15 – Appellant's Objection to Numerous Agency Proposed Witnesses | 000504 |
| 3.o. | 19-10-15 – Appellant's Revised Designation of Representative | 000529 |
| 3.p. | 19-10-22 - Notice of Withdrawal of Counsel, Tom Muther | 000531 |
| 3.q. | 19-10-23 – Agency's Response to Appellant's Motion to Dismiss, With Exhibits | 000533 |

| 3.r. | 19-10-25 – Agency's Response to Appellant's Objection to Numerous Agency Proposed Witnesses | 000584 |
|---|---|---|
| 3.s. | 19-10-31 – Appellant's Notice of Status of Settlement Discussions | 000598 |
| 3.t. | 19-11-01 – Agency's Amended Notice of Proposed Witnesses | 000599 |
| 3.u. | 19-11-06 – Agency's Response to Appellant's Objection to Certain Aspects of Agency's Proposed Witnesses | 000604 |
| 3.v | 19-11-06 – Agency's Second Amended Notice of Proposed Witnesses | 000607 |
| 3.w. | 19-11-06 – Appellant's Amended Witness List | 000614 |
| 3.x. | 19-11-06 – Appellant's Objection to Certain Aspects of Agency's Witness List | 000618 |
| 3.y. | 19-11-07 – Agency's Sur-Reply re Objection to Witnesses | 000621 |
| 3.z. | 19-11-07 – Appellant's Renewed Objection to Agency's Witnesses | 000624 |
| 3.aa. | 19-11-07 – Appellant's Reply re Objection to Agency Witnesses | 000626 |
| 3.bb. | 19-11-18 – Appellant's Sur-Reply re Objection to Transcripts | 000629 |
| 3.cc. | 19-11-20 – Agency's Response to Appellant's Statements re Objection | 000631 |
| 3.dd. | 19-11-20 - Summary of Nov 1, 2019 Pre-Hearing Conference Call | 000634 |
| 3.ee. | 19-11-24 – Appellant's Justification for Janet Dinnen as Witness | 000640 |
| 3.ff. | 19-11-24 – Appellant's Second Amended Witness List | 000641 |
| 3.gg. | 19-11-25 – Agency's Objection to Appellant's Second Amended Witness List | 000645 |
| 3.hh. | 19-11-25 – Appellant's Response to Agency's Objection to Janet Dinnen | 000648 |
| 3.ii. | 19-11-26 - Order Regarding Appellant's Amended Witness List and Deposition Transcripts | 000649 |
| 3.jj | 19-11-29 – Agency's Objections to Appellant's Exhibits | 000650 |
| 3.kk. | 19-11-29 – Agency's Response to Appellant's Objections to Dr. Black and Start Time | 000658 |
| 3.ll. | 19-11-29 – Agency's Third Amended Notice of Proposed Witnesses and | 000662 |

|        | Exhibits |        |
|--------|----------|--------|
| 3.mm.  | 19-11-29 – Appellant's Exhibits | 000669 |
| 3.nn.  | 19-11-29 – Appellant's Objections to Dr. Black and Start Time | 000949 |
| 3.oo.  | 19-11-29 - Email with Agency's Objections to Appellant's Exhibits | 000951 |
| 3.pp.  | 19-11-29 - Email with Appellant's Exhibits | 000954 |
| 3.qq.  | 19-11-30 – Appellant's Reply re Dr. Black's and Start Time | 000956 |
| 3.rr.  | 19-11-30 – Appellant's Reply to Agency's Objections to Appellant's Exhibits | 000962 |
| 3.ss.  | 20-01-15 - Agency DAB Board Action | 000965 |
| 3.rr.  | 20-03-09 - Agency DAB Decision | 000972 |
| 4      | DAB Transcript of Hearing | 000974 |
| 5      | 18-02-14 - Notice of Summary Suspension of Privileges | 002170 |
| 6      | 18-02-16 - Pines request to ECHS for investigative file re summary suspension | 002173 |
| 7      | 18-02-28 - Tully Rinckey response to ECHS re summary suspension | 002176 |
| 8      | 18-03-08 - State Licensing Board Reporting, Letter of Advisement | 002183 |
| 9      | 18-03-13 - ECHS 1st notice of automatic extension of suspension | 002186 |
| 10     | 18-03-14 – Plaintiff's Confirmation of Receipt of Documents | 002189 |
| 11     | 18-03-28 – David Fallon Response to March 13, 2018 Extension of Summary Suspension of Clinical Privileges and Notice of Detail | 002193 |
| 12     | 18-04-11 – Plaintiff's Response to Summary Suspension 1 | 002196 |
| 13     | 18-04-11 – Plaintiff's Response to Summary Suspension 2 | 002235 |
| 14     | 18-04-12 - ECHS 2nd notice of automatic extension of suspension | 002246 |
| 15     | 18-04-23 – Plaintiff's Request for Extension | 002249 |
| 16     | 18-05-11 - ECHS 3rd notice of automatic extension of suspension | 002251 |
| 17     | 18-06-07 - ECHS 4th notice of automatic extension of suspension | 002254 |

| 18 | 18-06-21 – David Fallon Letter re Response to June 7, 2018 Notice of Extension | 002257 |
| --- | --- | --- |
| 19 | 18-07-06 - ECHS 5th notice of automatic extension of suspension | 002260 |
| 20 | 18-07-13 – David Fallon Letter re Response to June 7, 2018 Notice of Extension | 002263 |
| 21 | 18-08-10 – David Fallon Letter re Response to June 7, 2018 Notice of Extension | 002266 |
| 22 | 18-09-17 – Plaintiff's Employment Exit Review | 002269 |
| 23 | 18-12-19 - State Licensing Board Notice of Intent to Report | 002273 |
| 24 | 19-01-14 - Email to Opposing Counsel with SLB Notice of Intent | 002276 |
| 25 | 19-03-20 – Plaintiff's Response to Notice of Intent | 002278 |
| 26 | 19-06-05 – Plaintiff's Response to Notice of Intent | 002281 |
| 27 | 19-06-10 - Response to Plaintiff's FOIA Request | 002312 |
| 28 | 19-06-28 - Email to Plaintiff Regarding State Licensing Board Timelines | 002328 |
| 29 | 19-06-28 - Response to Plaintiff re SLB Evidence | 002330 |
| 30 | 19-07-05 - Plaintiff's Response to Notice of Intent | 002332 |
| 31 | 19-07-10 - Transcript of Deposition, Dr. Black, Ian - With Exhibits | 002361 |
| 32 | 19-10-04 - Transcript of Deposition - Dr. Oliva, Anthony | 002555 |
| 33 | 19-10-04 - Transcript of Deposition - Fredriksson, Sarah | 002639 |
| 34 | Bylaws and Rules of the Medical Staff, September 2017 | 002721 |
| 35 | VA Directive and Handbook 5021 - Employee Management Relations | 002824 |
| 36 | VHA Handbook 1100.17 - National Practitioner Data Bank Reporting | 003094 |
| 37 | VHA Handbook 1100.18 - State Licensing Board Reporting | 003123 |
| 38 | VHA Handbook 1100.19 - Credentialing and Privileging | 003169 |

<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

</div>

| | |
|---|---|
| **JANE DOE,**<br><br>*Plaintiff,*<br><br>v.<br><br>**Steven Lieberman, Acting Principal Under Secretary for Health, Department of Veterans Affairs, et al.,**<br><br>*Defendants.* | Civil Action No. 20-2148 (CRC) |

<div style="text-align:center">

CERTIFICATION OF ADMINISTRATIVE RECORD REGARDING DISCIPLINARY APPEALS BOARD OF DR. DOE

</div>

I, Sean Safdi, state under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct.

I have been employed by the United States Department of Veterans Affairs Office of General Counsel since December 2012. In January 2019, I became a Deputy Chief Counsel for VA OGC's Continental District. As part of my duties as Deputy Chief Counsel, I oversee VA's labor and employment law practice with respect to cases originating out of VA facilities in Colorado. This includes disciplinary and adverse actions, as well as Disciplinary Appeals Boards (DABs) for Title 38 medical professionals. As such, I have personal knowledge of the matters included in the Administrative Record.

I hereby certify that the attached index is a true, correct and complete copy of the nonprivileged Administrative Record for the Disciplinary Appeals Board and removal actions of Dr. Doe, and other background records regarding Dr. Doe that the Department of Veterans Affairs had in its possession at the time of the actions at issue, in the above-captioned matter.

Signed in Denver, CO on December 15, 2020.

_____
Sean A. Safdi
Deputy Chief Counsel
Office of Chief Counsel, Continental District