

**DEPARTMENT OF VETERANS AFFAIRS**
Veterans Health Administration
Washington DC 20420

In Reply Refer To:  (051) OCHCO ER&PMS

October 25, 2021

Jane Doe, M.D.

Dear Dr. Doe:

The Disciplinary Appeals Board (DAB) is in receipt of United States District Judge Christopher R. Cooper's order dated September 22, 2021, remanding a matter in your case (Case No. 20-cv-2148).  On remand, the DAB is to provide an explanation for its decision to exclude supplemental evidence and the prior sworn testimony here or reconsider its decision in light of any of the excluded evidence it may now choose to admit.  We have read the Memorandum Opinion and have included our reasons for excluding the supplemental evidence you proffered through your representative.

The parties were informed via email communication on June 25, 2019 and again on October 7, 2019 all exhibits, motions and requests were due to the DAB for consideration by October 7, 2019.  Your representative sent the 280-page supplemental evidence file to the Board on Friday, November 29, 2019, just before the hearing was set to begin on Monday, December 2, 2019.  The submission was not only late, but a review of the documentation also showed many of the documents were related to a discrimination-related case which was outside the Board's jurisdiction and scope.  You were previously informed the Board does not have jurisdiction over allegations of discrimination.  Those documents were not relevant to the case and charges before the DAB and were therefore excluded from the proceedings.

Thank you for the opportunity to respond.

Yasser Sakawi
485855

Digitally signed by Yasser Sakawi
485855
Date: 2021.10.22 07:26:43 -05'00'

Yasser Sakawi, M.D., DAB Chairperson
Chief, Anesthesiology
Birmingham VA Medical Center


Philip J. Roos
590772

Digitally signed by Philip J. Roos
590772
Date: 2021.10.25 13:39:53 -07'00'

Philip Roos, M.D., DAB Secretary
Medical Service (Critical Care)
VA Loma Linda Healthcare System

**EXHIBIT 1**

Brian C. Berg
351419

Digitally signed by Brian C. Berg
351419
Date: 2021.10.22 11:12:45 -05'00'

Brian Berg, M.D., DAB Member
Pathology and Laboratory Service
Minneapolis VA Healthcare System