UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, M.D.,

*Plaintiff*,

v.                                                                  Civil Action No. 20-2148 (CRC)

STEVEN L. LIEBERMAN, *et al.*,

*Defendants*.

**ORDER**

UPON CONSIDERATION of Defendants' motion for relief from the Court's Order permitting Plaintiff to proceed under pseudonym, Plaintiff's opposition therefore, and the entire record herein, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. It is **FURTHER ORDERED** that Defendants may identify Plaintiff as the party litigant in this action for the limited purpose of defending against Plaintiff's administrative actions involving her removal and revocation of clinical privileges from the Department of Veterans Affairs.

**SO ORDERED**:


March 31, 2022____
Date                                              _____
                                                  Christopher R. Cooper
                                                  United States District Judge